US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
AUG 26 2020
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:20CR50044-001-012 |
| | ) 18 U.S.C. § 2 |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924(a)(2) |
| | ) 18 U.S.C. § 924(e) |
| NATHAN MARTIN aka NATE MARTIN; -001 | ) 18 U.S.C. § 1956(a)(1)(B)(i) |
| KARLA AVELAR-MEJIA; -002 | ) 18 U.S.C. § 1956(h) |
| EVAN BOYD; - 003 | ) 21 U.S.C. § 841(a)(1) |
| GARY BOYD; - 004 | ) 21 U.S.C. § 841(b)(1)(A)(viii) |
| PATRICK FORD; - 005 | ) 21 U.S.C. § 841(b)(1)(B)(viii) |
| HUMBERTO NOEL GONZALEZ aka BETO; 006 | ) 21 U.S.C. § 841(b)(1)(C) |
| CHRISTOPHER LEE JACKSON; 007 | ) 21 U.S.C. § 846 |
| MICHAEL MORAN; - 008 | ) |
| THOMAS PORRAS; - 009 | ) |
| KATIE PUTTY; - 010 | ) |
| DAKOTA SILLER; and, - 011 | ) |
| RUBEN ZAPIEN - 012 | ) |

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

Beginning on or about an unknown date, but at least as early as November 15, 2019, and continuing to on or about May 29, 2020, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendants, **NATHAN MARTIN aka NATE MARTIN; KARLA AVELAR-MEJIA; EVAN BOYD; GARY BOYD; PATRICK FORD; HUMBERTO NOEL GONZALEZ aka BETO; CHRISTOPHER LEE JACKSON; MICHAEL MORAN; THOMAS PORRAS; KATIE PUTTY; DAKOTA SILLER; RUBEN ZAPIEN**; and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire,

confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT TWO

On or about November 15, 2019, in the Western District of Arkansas, Fayetteville Division, the Defendant, **EVAN BOYD**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about January 31, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **PATRICK FORD**, knowingly and intentionally distributed a controlled substance, namely, more than fifty (50) grams of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT FOUR

On or about February 11, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **KATIE PUTTY**, knowingly and intentionally distributed a controlled substance, namely, more than 5 grams of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

**COUNT FIVE**

On or about February 26, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **THOMAS PORRAS**, knowingly and intentionally distributed a controlled substance, namely, more than 50 grams of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT SIX**

On or about February 27, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **RUBEN ZAPIEN**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SEVEN**

On or about March 2, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **THOMAS PORRAS**, knowingly and intentionally distributed a controlled substance, namely, more than 50 grams of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT EIGHT**

On or about March 16, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **RUBEN ZAPIEN**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT NINE**

On or about March 20, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **HUMBERTO NOEL GONZALEZ aka BETO**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT TEN**

Beginning on or about an unknown date but at least as early as March 31, 2020, and continuing to on or about April 3, 2020, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the Defendants, **NATHAN MARTIN aka NATE MARTIN**; **DAKOTA SILLER**; and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, with the intent to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, namely, currency derived from the conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1), and 846, to knowingly conduct a financial transaction affecting interstate commerce involving the proceeds of said specified unlawful activity, to wit, **DAKOTA SILLER** wired $1,000.00 in United States Currency that was derived from the conspiracy to distribute methamphetamine, and that was the property of **NATHAN MARTIN aka NATE MARTIN**,

from a Walmart in Rogers, Arkansas, to a Walmart in Flagstaff, Arizona, with the intent to conceal and disguise the nature, location, source, ownership, and control of said drug proceeds.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h).

**COUNT ELEVEN**

On or about April 2, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **RUBEN ZAPIEN**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT TWELVE**

On or about April 6, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendants, **NATHAN MARTIN aka NATE MARTIN and RUBEN ZAPIEN**, aiding and abetting each other, knowingly and intentionally distributed a controlled substance, namely, more than 50 grams of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT THIRTEEN**

On or about April 20, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **NATHAN MARTIN aka NATE MARTIN**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm: a Colt, Model Government, .45 caliber pistol, having serial number 306658; said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

**COUNT FOURTEEN**

On or about April 23, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **MICHAEL MORAN**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FIFTEEN**

On or about May 29, 2020, in the Western District of Arkansas, Fayetteville Division, the Defendant, **NATHAN MARTIN aka NATE MARTIN**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A True Bill.

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By: Kimberly D. Harris
Kimberly D. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2000152
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Kimberly.Harris@usdoj.gov